Thomas J. Jenkins
11429 Via Rio
Loma Linda, CA 92354
Phone: (619) 226-4846
Email: thomas.jefferson777@protonmail.com

Counterclaimant without representation





# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA RIVERSIDE DIVISION

| | |
|---|---|
| RYAN STRILAEFF<br><br>Plaintiff(s),<br><br>v.<br><br>Thomas A. Jenkins, Thomas J. Jenkins, Carole Jenkins, and TJJ SERVICE TRUST Does 1 through 10 inclusive<br><br>Defendant(s). | Case No.: 5:24-cv-02624-JGB-DTB<br>State Court Case No. LLTVA2401373<br><br>*Assigned to:*<br>*Hon. Judge Jesus G. Bernal*<br>*Hon. Magistrate Judge David T. Bristow*<br><br>**VERIFIED COUNTERCLAIM**<br>**1) 42 U.S.C. § 1983 - VIOLATION OF 1ST AND 14TH AMENDMENTS, U.S. CONSTITUTION**<br>**2) 42 U.S.C. § 3613 – DISCRIMINITORY HOUSING PRACTICE**<br><br>**DEMAND FOR JURY TRIAL** |
| THOMAS J. JENKINS<br>Counter-claimant,<br><br>RYAN STRILAEFF<br>Counter-defendant. | |

# I.

# JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to *28 U.S.C. §§ 1331, 1343, and 1367*.

2. Venue is proper in the Central District of California under *28 U.S.C. § 1391(b)* because the events giving rise to this claim occurred within this judicial district.

# II.

# PARTIES

3. Counter-claimant Thomas J. Jenkins is a resident of Loma Linda, California, and a practicing Christian.

4. Counter-defendant Ryan Strilaeff is a resident of Washington and the landlord of the property located at 11429 Via Rio, Loma Linda, California 92354.

# III.

# STATEMENT OF FACTS

5. On July 14, 2021, Counter-claimant entered into a residential lease agreement for the premises at 11429 Via Rio, Loma Linda, California 92354.

6. In December 2022, Counter-defendant and Counter-claimant engaged in a conversation about Christmas, during which Counter-defendant explicitly stated he was an atheist and demonstrated disinterest in Counter-claimant's Christmas well wishes.

7. During this conversation, Counter-defendant expressed negative opinions about Christians and Christianity.

8. In January 2023, Counter-defendant served Counter-claimant with a 30-day notice to vacate without just cause and an unlawful detainer complaint (LLTVA 2301999, "1st UD Complaint") filed in April 2023.

9. When Counter-claimant attempted to tender full rental payment, Counter-defendant explicitly rejected the payment, stating he no longer wished to have Christians as tenants.

10. Counter-defendant's termination notice and rejection of payment were motivated by religious discrimination.

11. Counter-claimant raised legal objections challenging the validity of the 30-day notice, arguing that a 60-day notice with just cause was required.

12. After ongoing legal disputes and exchanges, in January 2024, Counter-defendant dismissed the 1st UD Complaint (LLTVA 2301999), acknowledging he could not overcome Counter-claimant's legal objections.

13. In January 2024, Counter-defendant issued a new 60-day notice to vacate without cause and filed a second unlawful detainer complaint (LLTVA2401373, "2nd UD Complaint"), which appeared to further mask his underlying motivations related to Counterclaimant's religious beliefs.

14. The series of notices, payment rejection, and legal actions suggest a consistent pattern of conduct motivated by religious discrimination rather than legitimate housing con- cerns.

## IV.

## COUNT ONE

### 42 U.S.C. § 1983 - VIOLATION OF 1st AND 14th AMENDMENTS

15. Counter-claimant incorporates all preceding paragraphs as if fully set forth herein.

16. Counter-defendant, acting under color of state law, deliberately violated Counter-claimant's constitutional rights to free exercise of religion and equal protection.

17. Counter-defendant's actions constitute intentional discrimination based on religious affiliation, in violation of federal civil rights laws.

18. Counter-defendant's conduct was motivated by animus towards Counter-claimant's religious beliefs, rendering the housing action unconstitutional.

## COUNT TWO

## DISCRIMINATORY HOUSING PRACTICE

## (42 U.S.C. § 3613)

## HOUSING DISCRIMINATION UNDER FAIR HOUSING ACT

19. Counter-claimant incorporates all preceding paragraphs as if fully set forth herein.

20. Pursuant to *42 U.S.C. § 3613*, Counter-claimant brings this direct civil action for housing discrimination.

21. Counter-defendant's actions constitute discrimination in the sale or rental of dwelling because of religion, in violation of the Fair Housing Act.

22. Specifically, Counter-defendant: a) Refused to rent a dwelling to Counter-claimant; b) Made housing unavailable; c) Imposed different terms, conditions, or privileges of rental; d) Directly communicated an intent to discriminate based on religious affiliation.

23. The discriminatory acts were intentional and motivated by religious animus. Counter-claimant has suffered actual damages, including: a) Loss of housing; b) Emotional dis

tress; c) Costs associated with relocation; d) Damage to reputation.

24. Counter-defendant's conduct warrants punitive damages to deter future discriminatory practices.

## PRAYER FOR RELIEF

**WHEREFORE**, Counter-claimant respectfully requests that this Court:

a) Declare the termination notice void and unenforceable;

b) Issue a permanent injunction preventing further discriminatory actions;

c) Award compensatory damages in an amount to be determined at trial;

d) Award punitive damages;

e) Award reasonable attorneys' fees and costs; and

f) Grant such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Counter-claimant demands a trial by jury on all issues so triable.

Respectfully submitted,

Dated: December 16, 2024

By: *Thomas J. Jenkins* (signature)
Thomas J. Jenkins

## VERIFICATION

I, Thomas J. Jenkins, declare as follows:

I am the Counterclaimant in the above-entitled action.

I have read the foregoing VERIFIED COUNTER-CLAIM and know its contents.

The factual allegations are true and correct based on my personal knowledge, except as to matters stated on information and belief, and as to those matters, I believe them to be true.

If called as a witness, I could and would competently testify to the matters stated herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 16, 2024

By: _____
Thomas J. Jenkins

# PROOF OF SERVICE

I, Adam Figg, am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred; my business/residence address is: 30141 Antelope Road Ste d136, Menifee, California 92584.

On this 16th day of December, 2024, I served the foregoing document(s) described as:

**VERIFIED COUNTER-CLAIM**

**The following party was served:**
**RYAN STRILAEFF**
**C/O LOFTIN | BEDELL P.C.**
**ARIEL R. BEDELL, ESQ. (SBN: 228111)**
**APRIL E. ROBERTS, ESQ. (SBN: 254020)**
**2121 PALOMAR AIRPORT ROAD, SUITE 200**
**CARLSBAD, CA 92011**
**TEL: (760) 431-2111**
**FAX: (760) 842-0432**

On the date below, I served the above documents by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: December 16, 2024

By: _/s/ Adam Figg_
Adam Figg

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )

THOMAS J. JENKINS

**DEFENDANTS** ( Check box if you are representing yourself [ ] )

RYAN STRILAEFF

**(b) County of Residence of First Listed Plaintiff** San Bernardino
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** Clark County WA.
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

11429 Via Rio
Loma Linda, CA 92354
Phone: (619) 226-4846

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

April E. Roberts, Esq. (SBN: 254020)
2121 Palomar Airport Road, Suite 200
Carlsbad, CA 92011 Tel: (760) 431-2111

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [ ] 1. Original Proceeding
- [X] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multidistrict Litigation - Transfer
- [ ] 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No    [ ] **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 USC 1983

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 376 Qui Tam (31 USC 3729(a)) | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 400 State Reapportionment | [ ] 130 Miller Act | [ ] 290 All Other Real Property | **TORTS** | [ ] 510 Motions to Vacate Sentence | [ ] 835 Patent - Abbreviated New Drug Application |
| [ ] 410 Antitrust | [ ] 140 Negotiable Instrument | **TORTS PERSONAL INJURY** | **PERSONAL PROPERTY** | [ ] 530 General | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 310 Airplane | [ ] 370 Other Fraud | [ ] 535 Death Penalty | [ ] 880 Defend Trade Secrets Act of 2016 (DTSA) |
| [ ] 450 Commerce/ICC Rates/Etc. | | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | **Other:** | **SOCIAL SECURITY** |
| [ ] 460 Deportation | [ ] 151 Medicare Act | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 540 Mandamus/Other | [ ] 861 HIA (1395ff) |
| [ ] 470 Racketeer Influ- enced & Corrupt Org. | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 550 Civil Rights | [ ] 862 Black Lung (923) |
| [ ] 480 Consumer Credit | | | **BANKRUPTCY** | [ ] 555 Prison Condition | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 485 Telephone Consumer Protection Act | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | [ ] 422 Appeal 28 USC 158 | [ ] 560 Civil Detainee Conditions of Confinement | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 345 Marine Product Liability | [ ] 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Com- modities/Exchange | [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | **CIVIL RIGHTS** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | [X] 440 Other Civil Rights | [ ] 690 Other | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | | [ ] 360 Other Personal Injury | [ ] 441 Voting | **LABOR** | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 195 Contract Product Liability | [ ] 362 Personal Injury- Med Malpratice | [ ] 442 Employment | [ ] 710 Fair Labor Standards Act | |
| [ ] 895 Freedom of Info. Act | [ ] 196 Franchise | [ ] 365 Personal Injury- Product Liability | [ ] 443 Housing/ Accommodations | [ ] 720 Labor/Mgmt. Relations | |
| [ ] 896 Arbitration | **REAL PROPERTY** | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 445 American with Disabilities- Employment | [ ] 740 Railway Labor Act | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 210 Land Condemnation | | [ ] 446 American with Disabilities-Other | [ ] 751 Family and Medical Leave Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 220 Foreclosure | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 448 Education | [ ] 790 Other Labor Litigation | |
| | [ ] 230 Rent Lease & Ejectment | | | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: 5:24-cv-02624-JGB-DTB

CV-71 (06/24)                                        **CIVIL COVER SHEET**                                        Page 1 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>[X] Yes  [ ] No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | [ ] Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | Southern |
| | [X] Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>[ ] Yes  [X] No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | [ ] NO. Continue to Question B.2. |
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | *check one of the boxes to the right* ➡ | [ ] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>[ ] Yes  [X] No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | [ ] YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | [ ] NO. Continue to Question C.2. |
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) | [ ] YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | *check one of the boxes to the right* ➡ | [ ] NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [ ] | [ ] |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | [ ] | [X] | [ ] |

| D.1. Is there at least one answer in Column A? | D.2. Is there at least one answer in Column B? |
|---|---|
| [ ] Yes   [X] No | [X] Yes   [ ] No |
| If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | EASTERN DIVISION |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | [ ] Yes | [X] No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court**?  ☒ NO  ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?

☒ NO  ☐ YES

If yes, list case number(s):

**If yes, you must file a Notice of Related Cases. See Local Rule 83-1.3.**

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. STATEWIDE OR NATIONWIDE RELIEF:** Does this case seek to bar or mandate enforcement of a state or federal law and seek declaratory or injunctive relief on a statewide or nationwide basis?

☒ NO  ☐ YES

**If yes, see Local Rule 83-11 for additional requirements.**

**XI. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** *Thomas [signature]*   DATE: 12-16-2024

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |